ANDREW MCCLURE, Appellant, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued December 16, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 21, 1886, which affirmed a judgment in

favor of defendant directed by the court at the circuit and affirmed an order denying a motion for a new trial.

*Barnwell Rhett Heyward* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.